**Jim Dale DAVIS, Petitioner–Appellant,**

v.

**Silvia H. GARCIA, Warden; Attorney General of the State of California, Respondents—Appellees.**

No. 01–55778.
D.C. No. CV–00–00783–RT.

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002.*

Decided March 21, 2002.

Before FARRIS, W. FLETCHER and FISHER, Circuit Judges.

MEMORANDUM **

Jim Dale Davis appeals the district court's dismissal of his 28 U.S.C. § 2254

habeas petition challenging his first-degree murder convictions. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo, *see Miles v. Prunty*, 187 F.3d 1104, 1105 (9th Cir.1999), and we reverse and remand.

Davis contends that the district court erred by dismissing his petition as time-barred under 28 U.S.C. § 2244(d), in light of our holding in *Patterson v. Stewart*, 251 F.3d 1243, 1245–47 (9th Cir.2001). We conclude and the government concedes that Davis is correct. We therefore reverse the decision of the district court and remand for further proceedings.

**REVERSED and REMANDED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

